# EXHIBIT 2

M Gmail                                                                                           Bradley Click <brad@pabilaw.org>

## Resolution Meeting DPC

**Agnello Kelly** <KAgnello@schools.nyc.gov>                                         Thu, Jul 11, 2024 at 3:02 PM
To: "jn_arteaga@outlook.com" <jn_arteaga@outlook.com>, "va_mcrapper@outlook.com" <va_mcrapper@outlook.com>
Cc: Sandi Mariama <MSandi@schools.nyc.gov>, "edward@pabilaw.org" <edward@pabilaw.org>, "hearings@pabilaw.org" <hearings@pabilaw.org>

Good afternoon parents,

I am reaching out from the Committee on Special Education 9 (CSE 9) office regarding the Due Process Complaint # ▮▮▮▮▮▮, filed for ▮▮▮▮▮▮▮▮▮▮ on 7/2/2024.

I would like to schedule a resolution meeting with you to discuss how we may amicably resolve this matter. You may bring your advocate or attorney (copied on this email), if you wish. However, please know that you must be present at the resolution meeting. Additionally, kindly note that the CSE will not be inviting any legal counsel on behalf of NYCPS.

I have scheduled a meeting for us on Tuesday, 7/16/2024 at 1:00 PM via the Teams app. You should have received an email with the login information. Kindly reach out should you have not received the login information, or to request a different date/time for our meeting.

Looking forward to meeting with you.

Sincerely,

*Kelly Agnello*
*School Social Worker, LMSW*
Committee on Special Education 9
NYCPS
333 7th Avenue, 4th Floor
New York, N.Y. 10001
KAgnello@schools.nyc.gov
917-339-1656 (phone)
917-339-1450 (fax)

*"You are more powerful than you know; you are beautiful just as you are."*

~ Melissa Ethridge