# EXHIBIT 3



Bradley Click <brad@pabilaw.org>

## Resolution Meeting

**Peter Albert** <peter@pabilaw.org>  Thu, Jul 11, 2024 at 3:05 PM
To: Agnello Kelly <KAgnello@schools.nyc.gov>
Cc: "jn_arteaga@outlook.com" <jn_arteaga@outlook.com>, "va_mcrapper@outlook.com" <va_mcrapper@outlook.com>, Sandi Mariama <MSandi@schools.nyc.gov>, "edward@pabilaw.org" <edward@pabilaw.org>, "hearings@pabilaw.org" <hearings@pabilaw.org>

**Dear Ms. Agnello,**

**As the Parent's attorney, I would like to inform you that we will be attending the Resolution Meeting and will notify you of the Parent's attendance as well.**

**In the meantime, please let us know who will be attending the Resolution Meeting from the DOE and what authorization they have to settle the various issues listed in the Due Process Complaint. For example, the authorization to enter into a Pendency Agreement, a stipulation agreement for the student to attend iBRAIN for the extended school year, and a stipulation agreement to fund related services, including special transportation and/or nursing services, where applicable.**

**As you are undoubtedly aware, a Resolution Meeting MUST include the relevant member or members of the Student's IEP Team who have specific knowledge of the facts identified in the Parent's Due Process Complaint, including the public agency who has decision-making authority on behalf of that agency; otherwise, it is not a valid Resolution Meeting.**

**Thank you in advance for your timely response.**

**Regards,**

**Peter**

[Quoted text hidden]

--

**Peter G. Albert, Esq. | Head of Special Education**
300 East 95th Street, Suite #130
New York, New York 10128
Tel. 646.850.5035

braininjuryrights.org

**Confidentiality Notice** - This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

**Aviso de confidencialidad** - Este mensaje de correo electrónico, incluyendo todos los archivos adjuntos, es para el uso exclusivo de los destinatarios previstos y contiene información confidencial. Se prohíbe el uso o la divulgación no autorizados. Si usted no es el destinatario deseado, usted no puede utilizar, revelar, copiar o difundir esta información. Si usted no es el destinatario deseado, por favor póngase en contacto con el remitente inmediatamente por correo electrónico de respuesta y destruir todas las copias del mensaje original, incluyendo los archivos adjuntos