# EXHIBIT 5



Patricia Castro <patricia@pabilaw.org>

## Fwd: #█████████████████████████) Resolution Agreement
2 messages

**Edward Lent** <edward@pabilaw.org>                                    Thu, Jul 11, 2024 at 5:12 PM
To: Hearings Pabilaw <hearings@pabilaw.org>

Sincerely,

Edward Lent

--



**Edward Lent | Attorney**
300 East 95th Street, Suite #130
New York, New York 10128

Tel. (646) 850-5035
Fax. (212) 504-9532

braininjuryrights.org

---------- Forwarded message ---------
From: **Holmes, Alicia** <AHolmes5@schools.nyc.gov>
Date: Thu, Jul 11, 2024 at 4:36 PM
Subject: #█████████████████████) Resolution Agreement
To: █████████████████████████████>
Cc: edward@pabilaw.org <edward@pabilaw.org>

Dear ██████████,

It was a pleasure speaking with you at the resolution meeting held today, 7/11/2024.

The attached is a partial resolution agreement that reflects the relief that we agreed upon when we met.

Please review and confirm the agreement's accuracy and that you agree in one of three ways:
1. Print and sign the document and return the document via email in PDF format,
2. Electronically sign the document and return via your verified e-mail - using a program such as Adobe Acrobat or DocuSign, or
3. Reply to this e-mail indicating you agree with the attached resolution For example: "I agree to the attached resolution agreement for Case No. ██████ that was shared by you on 7/11/2024."

Please let me know if you have any questions. Thank you.

Cc: Edward Lent, Esq., PC listed as a case contact in IHS on behalf of the family

Kind regards,

*Alicia A. Holmes*

**Special Education Evaluation Placement Program Officer (SEEPPO)**
Committee on Special Education (CSE) 8
New York City Department of Education/Division of Specialized Instructions and Student Support
131 Livingston Street, 4th floor
Brooklyn, NY 11201
Office: 718-935-5567
CSE Fax Numbers:
CPSE (Preschool)   718 472 6133
CSE  (School Age) 718 427 6179
BB: 917-446-4051
**Procedural Safeguard Notice:**
http://www.p12.nysed.gov/specialed/formsnotices/documents/NYSEDProceduralSafeguardsNoticeJuly2017v2.pdf

Please visit the **NYC DOE** website for additional Special Education Family Resources



Re olution Agreement pdf
325K

5 - 2

mail.google.com/mail/u/0/?ik=dff59069b2&view=pt&search=all&permthid=thread-f:1804318681749131822&simpl=msg-f:1804318681749131822    2/2