EXHIBIT 6



Patricia Ca tro   patricia@pabilaw org

# Resolution Meeting - ▇▇▇▇▇▇▇▇▇▇▇▇▇
3 messages

**Peter Albert** peter@pabilaw org                                        Fri, Jul 12, 2024 at 11 04 AM
To: EMorell@schools.nyc.gov, CFoti@schools.nyc.gov, EVladeck@schools.nyc.gov, Sandi Mariama <MSandi@schools.nyc.gov>, Agnello Kelly <KAgnello@schools.nyc.gov>
Cc: Hearings Pabilaw <hearings@pabilaw.org>

Dear Ms. Morell et al.,

Since we received no response to my multiple emails yesterday, in good faith, I nevertheless called in to participate in the first scheduled "Resolution Meeting" for our client ▇▇▇▇▇▇▇▇▇▇▇ this morning at 9:30am.

I was advised that the two CSE representatives who participated, Ms. Sandi and Ms. Agnello, lacked decision-making authority to re olve ALL of the i ue  rai ed in the Parent' due proce   complaint, including entering into a Stipulation Agreement for the Student's tuition at iBRAIN along with various related services, such as special transportation and nursing services, where applicable.

This was disappointing because, under the circumstances, this meeting was not a proper Resolution Meeting.  As you know, the LEA is required to have participants who have the authority to resolved ALL of the issues raised in the Due Proce    Complaint   In addition, the e meeting  are required to be  cheduled in a mutually agreed date and time

Plea e provide propo ed re  cheduled date( ) and time( ), along with individual  who have the authority to re olve all issues, so that we can proceed accordingly.  We will coordinate with our Clients to have proper Resolution Meetings scheduled as soon as possible.


Regards,

Peter