# EXHIBIT 8



Patricia Castro <patricia@pabilaw.org>

**Canceled:** ▇▇▇▇▇▇▇▇▇▇▇▇ **Resolution Meeting for DPC** ▇▇▇▇
1 message

**Agnello, Kelly** <KAgnello@schools.nyc.gov>   Fri, Jul 12, 2024 at 2:43 PM
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Cc: Sandi, Mariama <MSandi@schools.nyc.gov>, "hearings@pabilaw.org" <hearings@pabilaw.org>, Peter Albert <Peter@pabilaw.org>

Please note this meeting is being cancelled on behalf of the parent by their counsel.

Please see email from parent counsel copied below:

"Dear Ms. Sandi and Ms. Agnello,

As my colleague, Mr. Peter Albert informed both of you this morning, the proposed "Resolution Meeting" scheduled below will not be proceeding since:

    1) it was not a mutually agreed date/time, and

    2) more importantly, the participants do not have decision making authority to resolve ALL of the issues raised in the Parent's Due Process Complaint, including entering into a Pendency Agreement, a Stipulation Agreement for the DOE to cover the costs of tuition at iBRAIN along with related services such as special transportation and nursing services, where applicable.

As was discussed this morning with Mr. Albert, a Resolution Meeting MUST include the relevant member or members of the Student's IEP Team who have specific knowledge of the facts identified in the Parent's Due Process Complaint, including the public agency who has decision-making authority on behalf of that agency; otherwise, it is not a valid Resolution Meeting. As the only two DOE participants, neither of you fulfill the basic requirements which you acknowledged earlier today.

We are respectfully requesting you send some proposed date(s) and time(s) for a properly constituted Resolution Meeting along with the names and titles of the participants from the DOE and the authorizations they have to resolve ALL of the matters in the Due Process Complaint.

Thank you in advance for your time and consideration.


Sincerely,

Edward Lent"

📄 **invite.ics**
5K