EXHIBIT 9

 Gmail

**Patricia Ca tro   patricia@pabilaw org**

## Resolution Meeting - ███████████

**Sandi Mariama** <MSandi@schools.nyc.gov>                      Fri, Jul 12, 2024 at 12:00 PM
To  Peter Albert   peter@pabilaw org
Cc: Hearings Pabilaw <hearings@pabilaw.org>, Wallenstein Jessica <JWallenstein@schools.nyc.gov>, Vladeck Elizabeth <EVladeck@schools.nyc.gov>, Agnello Kelly <KAgnello@schools.nyc.gov>, Shames Alexandra <AShames@schools.nyc.gov>

Good morning again, Esq. Albert

I am trying to understand why Ms. Morell was added to this email after I informed you that I have been the Chairperson at CSE 9 for almost three years now

We received the same response for the 30 cases assigned for CSE 9, and we will address your concerns accordingly.

Thank you.

Respectfully,

Mariama Sandi
CSE 9 Chairperson
Division of Specialized Instruction and Student Support
Committees on Special Education
Office # 917 339 1663
Cell # 347-682-0268

"It always seems impossible until it's done."
    **Nelson Mandela**

<span style="color:red">Confidentiality Notice</span>
This email, including all attachments, is confidential and intended solely to use the individual or entity to which it is addressed. This communication may contain information that is protected from disclosure under State and/or Federal law  Please notify the sender immediately if you received this communication error and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on this information's contents is prohibited

---

**From:** Peter Albert <peter@pabilaw.org>
**Sent:** Friday, July 12, 2024 11:04 AM
**To:** Morell Esther <EMorell@schools.nyc.gov>; Foti Christina <CFoti@schools.nyc.gov>; Vladeck Elizabeth <EVladeck@schools.nyc.gov>; Sandi Mariama <MSandi@schools.nyc.gov>; Agnello Kelly <KAgnello@schools.nyc.gov>
**Cc:** Hearings Pabilaw <hearings@pabilaw.org>
**Subject:** Resolution Meeting - ███████████

    You don't often get email from  peter@pabilaw org  Learn why thi  i  important

[Quoted text hidden]

9 - 1

https //mail google com/mail/u/0/?ik=dff59069b2&view=pt&search=all&permmsgid=msg f 1804389613055897612&simpl=msg f 1804389613055897612          1/1