# EXHIBIT 10



Patricia Ca tro  patricia@pabilaw org

**Re: #** ▮▮▮▮▮▮▮▮▮▮▮▮ **- Resolution Meeting**

**Holmes Alicia** <AHolmes5@schools.nyc.gov>                                Fri, Jul 12, 2024 at 4:24 PM
To ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Cc: 8 <hearings@pabilaw.org>

+ Peter Albert, Esq.; Parent Counsel

Kind regards,

*Alicia A. Holmes*

*Special Education Evaluation Placement Program Officer* (**SEEPPO**)
Committee on Special Education (CSE) 8
New York City Department of Education/Division of Specialized Instructions and Student Support

131 Livingston Street, 4th floor
Brooklyn, NY 11201
**Office: 718**-935-5567
CSE Fax Numbers:
CPSE (Preschool)   718-472-6133
CSE   (School Age) 718-427-6179
BB: 917-446-4051
**Procedural Safeguard Notice:**

http://www.p12.nysed.gov/specialed/formsnotices/documents/NYSEDProceduralSafeguardsNoticeJuly2017v2.pdf

Please visit the **NYC DOE website** for additional Special Education Family Resources

---

**From:** Holmes Alicia   AHolme 5@ chool  nyc gov
**Sent:** Friday, July 12, 2024 3:36 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** # ▮▮▮▮▮▮▮▮▮▮ - Resolution Meeting

Dear ▮▮▮▮▮▮▮▮,

I am reaching out from the CSE8 Office regarding the Due Process Complaint # ▮▮▮▮▮, filed on ▮▮▮▮▮▮ .  I would like to schedule a resolution meeting with you to discuss how we may amicably resolve this matter. You may include your advocate or attorney if you wish. But please know that you must be present at the resolution meeting.

I propose to meet on 7/18/2024 at 10:00 am. Please confirm if this date and time works for you.

I look forward to working with you to try to resolve your concerns as quickly as possible. Thank you.

Kind regards,

*Alicia A. Holmes*

**Special Education Evaluation Placement Program Officer (SEEPPO)**
Committee on Special Education (CSE) 8
New York City Department of Education/Division of Specialized Instructions and Student Support

131 Livingston Street, 4th floor
Brooklyn, NY 11201

**Office: 718**-935-5567

**CSE Fax Numbers:**
CPSE (Preschool)   718-472-6133
CSE   (School Age) 718-427-6179
BB: 917-446-4051

**Procedural Safeguard Notice:**

http://www.p12.nysed.gov/specialed/formsnotices/documents/NYSEDProceduralSafeguardsNoticeJuly2017v2.pdf

Please visit the **NYC DOE website** for additional Special Education Family Resources