EXHIBIT 11



Bradley Click <brad@pabilaw.org>

## Re: █████████████████████████ - Resolution Meeting

**Edward Lent** <edward@pabilaw.org>                                             Fri, Jul 12, 2024 at 5:43 PM
To: Holmes Alicia <AHolmes5@schools.nyc.gov>
Cc: "mtrzeee@gmail.com" <mtrzeee@gmail.com>, "hearings@pabilaw.org" <hearings@pabilaw.org>, Danner Carolyn <CDanner@schools.nyc.gov>, Rabin Chana <CRabin@schools.nyc.gov>, CFoti@schools.nyc.gov, EVladeck@schools.nyc.gov

Ms. Holmes,
This morning before 9:00am, you, along with the leadership of CSE-8 were put on notice via email that you were violating our Clients' rights and to cease and desist your inappropriate activities. However, as your email indicates, you continued contacting our Client about the Resolution Meeting without including their legal counsel in any communication. This needs to STOP IMMEDIATELY!

As we reminded you this morning, a Resolution Meeting MUST include the relevant member or members of the Student's IEP Team who have specific knowledge of the facts identified in the Parent's Due Process Complaint, including the public agency who has decision-making authority on behalf of that agency; otherwise, it is not a valid Resolution Meeting.

In addition, the date and time of the meeting must be mutually agreeable.

Please provide proposed date(s) and time(s) for a mutually agreeable Resolution Meeting and we will confirm with our Client of their availability and will get back to you.

Please also provide the names and titles of the participants from the DOE and the authorizations they have to resolve ALL of the matters in the Due Process Complaint.

With all due respect,


Edward Lent
--



**Edward Lent| Attorney**

300 East 95th Street, Suite #130
New York, New York 10128

Tel. (646) 850 5035

Fax. (212) 504-9532

braininjuryrights.org

[Quoted text hidden]