UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINE THOMAS, et al,<br><br>       Plaintiff,<br><br>-against-<br><br>DAVID C. BANKS and NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>       Defendants. | Case No. 1:24-cv-05138 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiffs commenced this action on July 8, 2024. ECF No. 1. On July 16, 2024, Plaintiffs filed an *ex parte* motion by order to show cause for emergency relief. ECF No. 7. Plaintiffs also filed a memorandum of law, ECF No. 8, and a declaration, ECF No. 9, in support of their motion. Plaintiffs' Motion does not contain a "clear and specific showing by affidavit of good and sufficient reasons why a procedure other than by notice of motion is necessary," as required by Local Civil Rule 6.1(d), justifying Plaintiffs proceeding by an *ex parte* motion by order to show cause for emergency relief.

  IT IS HEREBY ORDERED that Plaintiffs shall take all steps necessary to effect proper service as required by the Federal Rules of Civil Procedure, or request waiver of service from Defendants.

  IT IS FURTHER ORDERED that the parties shall meet and confer and file a joint letter proposing a briefing schedule for any opposition and reply to the motion by **July 23, 2024** at **2:00 p.m.**

  IT IS FURTHER ORDERED that counsel for the parties shall appear for a remote video conference on **July 24, 2024** at **2:00 p.m.** Counsel will receive Microsoft Teams log-in

credentials at the email addresses listed on the docket.  The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.

    IT IS FURTHER ORDERED that Plaintiffs shall serve this Order on Defendants as soon as possible, and no later than **July 19, 2024**.

Dated: July 17, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge