UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
**MARITINE THOMAS**, as Parent and Natural Guardian
of **A.T.,** and **MARTINE THOMAS**, Individually, *et al.,*

                    Plaintiffs,                    24-cv-05138

  -against-                                           DECLARATION OF
                                                                           MARY JO WHATELEY IN
**DAVID C. BANKS**, in his Official Capacity as Chancellor    REPLY TO
of the New York City Department of Education, and the       DEFENDANTS'
**NEW YORK CITY DEPARTMENT OF EDUCATION**,             OPPOSITION TO
                                                                             PRELIMINARY
                     Defendants.                   INJUNCTION
------------------------------------------------------------------------X

MARY JO WHATELEY, ESQ., attorney, duly admitted to practice law in the United States District Court for the Southern District of New York, declares under 28 U.S.C. § 1746 that:

1. The undersigned is counsel for MARTINE THOMAS, as Parent and Natural Guardian of A.T., and MARTINE THOMAS, Individually; SHANTEL TALLEY, as Parent and Natural Guardian of A.C., and SHANTEL TALLEY, Individually; MARLENE VASQUEZ, as Parent and Natural Guardian of L.C., and MARLENE VASQUEZ, Individually; LINDA LARACH-COHEN, as Parent and Natural Guardian of M.C., and LINDA LARACH-COHEN, Individually; MARILYN BECKFORD, as Parent and Natural Guardian of M.B.., and MARILYN BECKFORD, Individually; and PATRICK DONOHUE, as Parent and Natural Guardian of S.J.D., and PATRICK DONOHUE, Individually. (hereinafter, "Plaintiffs").

2. This Declaration is submitted in reply to Defendants' opposition for a preliminary injunction.

3. Attached hereto as "Exhibit 1" is a copy of the transcript from the proceedings in *Ramos v. Banks*, Case No. 24-cv-05109, and *Bruckauf v. Banks*, Case No. 24-cv-05136, dated July 17, 2024.

4. Attached hereto as "Exhibit 2" is a copy of a sample motion to dismiss in the administrative matters filed on August 1, 2024.

Dated: August 7, 2024
     New York, New York

                              Respectfully submitted,
                              Brain Injury Rights Group, Ltd.
                              *Attorneys for the Plaintiffs*

By:    */S/*_____
        Mary Jo Whateley, Esq.
        300 East 95th Street, #130
        New York, New York 10128
        maryjo@pabilaw.org