

| MURIEL GOODE-TRUFANT<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Jaimini A. Vyas<br>*Assistant Corporation Counsel*<br>212-356-2079<br>jvyas@law.nyc.gov |
|---|---|---|

October 11, 2024

**BY ECF**

Honorable Jennifer L. Rochon
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  *Thomas et al. v. Banks et ano.*, 24-cv-05138-JLR

Dear Judge Rochon:

      This office represents Defendants David C. Banks, in his official capacity as Chancellor of the New York City Department of Education, and the New York City Department of Education ("DOE") in the above-referenced action. I write respectfully to make a first request for an extension of approximately 18 days from the current deadline of October 17, 2024, until November 4, 2024, to respond to the Second Amended Complaint. Plaintiffs' Counsel consent to this request.

      Thank you for Your Honor's consideration of this request.

                                        Respectfully submitted,

                                        /s/ Jaimini Vyas
                                        Jaimini A. Vyas
                                        *Assistant Corporation Counsel*

cc:     Plaintiffs' counsel (via ECF)