UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
MARTINE THOMAS individually and as Parent and
Natural Guardian of A.T *et al*,

                                                   Plaintiffs,

- against -

DAVID C. BANKS, in his official capacity as Chancellor
of the New York City Department of Education, and THE
NEW YORK CITY DEPARTMENT OF EDUCATION,

                                                   Defendants.
------------------------------------------------------------------------ x

**NOTICE OF DEFENDANTS' MOTION TO PARTIALLY DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6) AND IN OPPOSITION TO THE THIRD MOTION FOR PRELIMINARY INJUNCTION**

24-cv-5138-JLR

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of their Motion to Partially Dismiss the Second Amended Complaint and in Opposition to Plaintiffs' Third Motion for a Preliminary Injunction, the Declaration of Jaimini Vyas Dated November 4, 2024, and upon all the papers and proceedings had herein, Defendants David C. Banks, in his official capacity as Chancellor of the New York City Department of Education, and The New York City Department of Education by their attorney, Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, will move this Court before the Honorable Jennifer L. Rochon of the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date and at a time to be designated by the Court, for an Order pursuant to Rule 12(b)(1) and 12(b)(6) dismissing Plaintiff's Second Amended Complaint in part with prejudice, deny plaintiffs' third motion for preliminary injunctive relief, and grant Defendants such other and further relief as the Court deems just and proper.

Dated:       New York, New York
               November 4, 2024

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street
New York, NY 10007
Office:

/s/ Jaimini Vyas
Jaimini A. Vyas
*Assistant Corporation Counsel*
212-356-2079
jvyas@law.nyc.gov

  */s/ Thomas Lindeman*
Thomas Lindeman, Esq.
Assistant Corporation Counsel
(212) 356-0418
tlindema@law.nyc.gov