UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINE THOMAS, Individually and as Parent and Natural Guardian of A.T., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> DAVID C. BANKS and NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 1:24-cv-05138 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On October 8, 2024, Plaintiffs filed a proposed order to show cause without emergency relief for a preliminary injunction. Dkt. 49. On November 4, 2024, Defendants filed a partial motion to dismiss the Second Amended Complaint. Dkt. 54. The Court is in receipt of the parties' supporting declarations, Dkts. 56, 60, and supporting memorandums, Dkts. 50, 55, 59, 61, 62.

IT IS HEREBY ORDERED that the parties shall appear before this Court on **January 17, 2025, at 10:30 a.m.**, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for a hearing on Plaintiffs' third motion for a preliminary injunction and Defendants' partial motion to dismiss.

Dated: December 13, 2024
        New York, New York

                                        SO ORDERED.

                                        _Jennifer Rochon_
                                        JENNIFER L. ROCHON
                                        United States District Judge