UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
MARTINE THOMAS individually and as Parent and
Natural Guardian of A.T *et al*,

                                      Plaintiffs,

               - against -

DAVID C. BANKS, in his official capacity as Chancellor
of the New York City Department of Education, and THE
NEW YORK CITY DEPARTMENT OF EDUCATION,

                                      Defendants.
------------------------------------------------------------------------ x

**DECLARATION OF JAIMINI VYAS**

24-cv-5138-JLR

      Jaimini Vyas, an attorney duly admitted to practice law in the State of New York and before this Court, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

      1.      The undersigned is an Assistant Corporation Counsel within the General Litigation Division of the New York City Law Department representing Defendants David C. Banks and the New York City Department of Education (collectively, "Defendants") in this matter, and is fully familiar with the facts asserted herein.

      2.      This Declaration is submitted in support of Defendants' Opposition to Plaintiffs' fourth motion for a preliminary injunction and demand for a temporary restraining order, ECF 84-85.

      3.      Attached hereto as Exhibit A is a copy of the Transcript of the January 17, 2025,[1]

---

[1] The first page of the transcript contains a typographical error in stating that the conference took place on January 17, 2024 rather than the accurate January 17, 2025 date.

Order denying Plaintiffs' third emergency motion for a preliminary injunction and temporary restraining order (TRO) demanding expedited payments for pendency in *Thomas et al. v. Banks et ano.*, 24-cv-5138 (JLR).

4.      Attached hereto as Exhibit B is a copy of the Transcript of the September 4, 2024, Order denying Plaintiffs' second emergency motion for a preliminary injunction and TRO demanding expedited payments for pendency in *Thomas et al. v. Banks et ano.*, 24-cv-5138 (JLR).

Dated:      June 2, 2025
              New York, New York

**MURIEL GOODE-TRUFANT**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street
New York, N.Y. 10007
Office: 212-356-2079
jvyas@law.nyc.gov

_____
Jaimini A. Vyas
*Assistant Corporation Counsel*