UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINE THOMAS, Individually and as Parent and Natural Guardian of A.T., et al.,<br><br>       Plaintiffs,<br><br>-against-<br><br>DAVID C. BANKS and NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>       Defendants. | Case No. 1:24-cv-05138 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On May 22, 2025, Plaintiffs filed a motion for a preliminary injunction and temporary restraining order. Dkt. 84; *see* Dkt. 87. On May 28, 2025, the Court ordered the parties to appear for a hearing on Plaintiffs' motion on June 5, 2025. Dkt. 88. For the reasons stated on the record at the hearing, Plaintiff's motion is DENIED.

  The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. 84.

Dated: June 5, 2025
   New York, New York

                SO ORDERED.

                JENNIFER L. ROCHON
                United States District Judge