UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINE THOMAS, individually and as Parent and Natural Guardian of A.T. et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education, and NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                  Defendants. | Case No. 1:24-cv-05138 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On November 18, 2025, Defendants filed a letter informing this Court that the funds that Plaintiffs alleged remain outstanding in their July 9, 2025 letter, Dkt. 96, have been remitted, Dkt. 97. Accordingly, Defendants contend that this action is now resolved.

      The Court hereby orders Plaintiffs to submit a response to Defendants' letter by **November 24, 2025** to confirm whether the pending motion for summary judgment is moot and the matter is resolved.

Dated: November 20, 2025
       New York, New York

                                        SO ORDERED.

                                        JENNIFER L. ROCHON
                                        United States District Judge