UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTINE THOMAS, individually and as Parent and Natural Guardian of A.T. et al.,

          Plaintiffs,

-against-

DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education, and NEW YORK CITY DEPARTMENT OF EDUCATION,

          Defendants.

Case No. 1:24-cv-05138 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 24, 2025, Plaintiffs submitted a response to Defendants' November 18 letter, Dkt. 97, in which Defendants contended that this action is now resolved. In their letter, Plaintiffs maintain that two issues remain outstanding: (1) Plaintiffs' request for "an order declaring each Student's pendency program/placement is at iBRAIN relative to their respective DPCs for the 2024-2025 school year" and (2) Plaintiffs' request for "late fees and interest that accrued due to DOE's failure to timely pay." Dkt. 99 at 1.

The Court hereby orders Defendants to submit a reply to Plaintiffs' letter by **December 3, 2025**.

Dated: November 24, 2025
       New York, New York

                          SO ORDERED.

                          *Jennifer Rochon*
                          JENNIFER L. ROCHON
                          United States District Judge